**Fill in this information to identify the case:**

Debtor name    Fairfax OB-GYN Associates, Inc.

United States Bankruptcy Court for the:    EASTERN DISTRICT OF VIRGINIA

Case number (if known)    21-11205-BFK

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    July 14, 2021      **X** /s/ Vincent Bradley
                                     Signature of individual signing on behalf of debtor

                                     Vincent Bradley
                                     Printed name

                                     President
                                     Position or relationship to debtor

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    Fairfax OB-GYN Associates, Inc.

United States Bankruptcy Court for the:    EASTERN DISTRICT OF VIRGINIA

Case number (if known)    21-11205-BFK

☐ Check if this is an
   amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals     12/15

**Part 1:**    **Summary of Assets**

1.    ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

     **1a. Real property:**
     Copy line 88 from *Schedule A/B*..................................................................................................    $     0.00

     **1b. Total personal property:**
     Copy line 91A from *Schedule A/B*..............................................................................................    $     955,865.61

     **1c. Total of all property:**
     Copy line 92 from *Schedule A/B*................................................................................................    $     955,865.61

**Part 2:**    **Summary of Liabilities**

2.    ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
     Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*..................    $     0.00

3.    ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

     **3a. Total claim amounts of priority unsecured claims:**
     Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................................    $     125,970.00

     **3b. Total amount of claims of nonpriority amount of unsecured claims:**
     Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*...................................    +$     1,211,926.96

4.    **Total liabilities** .................................................................................................
     Lines 2 + 3a + 3b      $     1,337,896.96

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name __Fairfax OB-GYN Associates, Inc.__

United States Bankruptcy Court for the: __EASTERN DISTRICT OF VIRGINIA__

Case number (if known) __21-11205-BFK__

☐ Check if this is an amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property                    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

3.   **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | PNC Bank | Checking | 7333 | $136,276.25 |
| 3.2. | US Bank | Checking | 3209 | $111,544.18 |

4.   **Other cash equivalents** *(Identify all)*

5.   **Total of Part 1.**
     Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

$247,820.43

| Part 2: | Deposits and Prepayments |
|---|---|

6. **Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.
■ Yes Fill in the information below.

7.   **Deposits, including security deposits and utility deposits**
     Description, including name of holder of deposit

| 7.1. | Landlord security deposit for Gainesville, VA practice location: $15,000 | Unknown |
|---|---|---|
| 7.2. | Landlord security deposit for Dulles, VA practice location: $21,688.50 | Unknown |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor | Fairfax OB-GYN Associates, Inc. | Case number *(If known)* 21-11205-BFK |
|---|---|---|
| | Name | |

| | | |
|---|---|---|
| 7.3. | Landlord security deposit for Woodbridge, VA practice location: $5,320 | Unknown |

| | | |
|---|---|---|
| 7.4. | Deposit with Athena Health for EMR (electronic medical records) implementation: $4,900 | Unknown |

**8.** **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
Description, including name of holder of prepayment

| | | |
|---|---|---|
| 8.1. | Anticipated rebate from Medical Protective upon cancellation of malpractice insurance policy | $6,209.00 |

| | | |
|---|---|---|
| 8.2. | Anticipated rebate from The Hartford upon cancellation of business insurance policy | Unknown |

**9.** **Total of Part 2.**

Add lines 7 through 8. Copy the total to line 81.

$6,209.00

**Part 3:** **Accounts receivable**

**10. Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.
☑ Yes Fill in the information below.

**11.** **Accounts receivable**

| 11a. 90 days old or less: | 198,987.09 | - | 0.00 | =.... | $198,987.09 |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

| 11b. Over 90 days old: | 449,695.22 | - | 0.00 | =.... | $449,695.22 |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

**12.** **Total of Part 3.**

Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

$648,682.31

**Part 4:** **Investments**

**13. Does the debtor own any investments?**

☑ No. Go to Part 5.
☐ Yes Fill in the information below.

**Part 5:** **Inventory, excluding agriculture assets**

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.
☑ Yes Fill in the information below.

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor    Fairfax OB-GYN Associates, Inc.                                Case number *(If known)*  21-11205-BFK
_____Name_____

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19.** **Raw materials** | | | | |
| **20.** **Work in progress** | | | | |
| **21.** **Finished goods, including goods held for resale** | | | | |
| **22.** **Other inventory or supplies** IUD inventory | 5/3/21 | $0.00 | | $22,908.95 |

**23.** **Total of Part 5.**                                                                    $22,908.95

Add lines 19 through 22.  Copy the total to line 84.

**24.** **Is any of the property listed in Part 5 perishable?**
■ No
☐ Yes

**25.** **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
■ No
☐ Yes. Book value  _____  Valuation method  _____  Current Value  _____

**26.** **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
■ No
☐ Yes

## Part 6:    Farming and fishing-related assets (other than titled motor vehicles and land)

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

## Part 7:    Office furniture, fixtures, and equipment; and collectibles

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39.** **Office furniture** See attached list of office furniture and equipment | $0.00 | | $30,000.00 |
| **40.** **Office fixtures** | | | |
| **41.** **Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| **42.** **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |

**43.** **Total of Part 7.**                                                                    $30,000.00

Add lines 39 through 42.  Copy the total to line 86.

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

| Debtor | Fairfax OB-GYN Associates, Inc. | Case number *(If known)* 21-11205-BFK |
|---|---|---|
| | Name | |

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
   - ■ No
   - ☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
   - ■ No
   - ☐ Yes

**Part 8:**     **Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

   - ■ No. Go to Part 9.
   - ☐ Yes Fill in the information below.

**Part 9:**     **Real property**

54. **Does the debtor own or lease any real property?**

   - ■ No. Go to Part 10.
   - ☐ Yes Fill in the information below.

**Part 10:**     **Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

   - ■ No. Go to Part 11.
   - ☐ Yes Fill in the information below.

**Part 11:**     **All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
   Include all interests in executory contracts and unexpired leases not previously reported on this form.

   - ☐ No. Go to Part 12.
   - ■ Yes Fill in the information below.

|  | Current value of debtor's interest |
|---|---|

71. **Notes receivable**
   Description (include name of obligor)

72. **Tax refunds and unused net operating losses (NOLs)**
   Description (for example, federal, state, local)

73. **Interests in insurance policies or annuities**

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

| Pending counterclaim against Leonard A. Rosen, M.D. | | Unknown |
|---|---|---|
| **Nature of claim** | Injunction and breach of contract claims of at least $214,029 plus amounts TBD | |
| **Amount requested** | $214,029.00 | |

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com      

| Debtor | Fairfax OB-GYN Associates, Inc. | Case number *(If known)* 21-11205-BFK |
|---|---|---|
| | Name | |

| Credit balance with Merck | | $244.92 |
|---|---|---|
| **Nature of claim** | | |
| **Amount requested** | $0.00 | |

76. **Trusts, equitable or future interests in property**

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

78. **Total of Part 11.** | $244.92 |

   Add lines 71 through 77. Copy the total to line 90.

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
   ■ No
   ☐ Yes

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com              Best Case Bankruptcy

| Debtor | Fairfax OB-GYN Associates, Inc. | | Case number *(If known)* 21-11205-BFK |
|---|---|---|---|
| | Name | | |

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $247,820.43 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $6,209.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $648,682.31 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $22,908.95 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $30,000.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*......................................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $244.92 | |
| 91. **Total.** Add lines 80 through 90 for each column | $955,865.61 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $955,865.61 |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    Fairfax OB-GYN Associates, Inc.

United States Bankruptcy Court for the:   EASTERN DISTRICT OF VIRGINIA

Case number (if known)   21-11205-BFK

☐ Check if this is an
amended filing

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property    **12/15**

**Be as complete and accurate as possible.**

**1. Do any creditors have claims secured by debtor's property?**

■ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com    

**Fill in this information to identify the case:**

Debtor name ___Fairfax OB-GYN Associates, Inc.___

United States Bankruptcy Court for the: ___EASTERN DISTRICT OF VIRGINIA___

Case number (if known) ___21-11205-BFK___

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ☑ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
   with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| **2.1** | Priority creditor's name and mailing address<br><br>Commonwealth of Virginia<br>Dept. of Taxation<br>Legal Unit, P.O. Box 2156<br>Richmond, VA 23218 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $125,970.00 | $125,970.00 |
| | Date or dates debt was incurred<br>2015-2020 | Basis for the claim:<br>Sales taxes | | |
| | Last 4 digits of account number<br><br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |

### Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
   out and attach the Additional Page of Part 2.

| | | | **Amount of claim** |
|---|---|---|---|
| **3.1** | Nonpriority creditor's name and mailing address<br>Adriana Hincapie<br>22050 Eastside Dr., Apt. #525<br>Ashburn, VA 20147 | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $241.30 |
| | **Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | Basis for the claim:  Credit balance<br><br>Is the claim subject to offset? ☑ No  ☐ Yes | |
| **3.2** | Nonpriority creditor's name and mailing address<br>Advantia Health<br>1001 19th St., Suite 1001<br>Arlington, VA 22209 | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $1,173,910.00 |
| | **Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | Basis for the claim:  Loan for working capital<br><br>Is the claim subject to offset? ☑ No  ☐ Yes | |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                    10952                    Best Case Bankruptcy

| Debtor | Fairfax OB-GYN Associates, Inc. | Case number *(if known)* | 21-11205-BFK |
|---|---|---|---|
| | Name | | |

---

| 3.3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $824.67 |
|---|---|---|---|

Alexis Reyes
Accent
P.O. Box 952366
Saint Louis, MO 63195-2366

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** Credit balance

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $650.00 |
|---|---|---|---|

Ali Fardows
3949 Rosebay Ct.
Fairfax, VA 22033

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** Credit balance

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $228.00 |
|---|---|---|---|

American Express
P.O. Box 1270
Newark, NJ 07101

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** 1007

**Basis for the claim:** Credit card

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $705.60 |
|---|---|---|---|

AT&T
P.O. Box 6463
Carol Stream, IL 60197-6463

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** Utility bill

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $21,537.13 |
|---|---|---|---|

Bayer
P.O. Box 10435
Palatine, IL 60055-0435

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** Vendor

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown |
|---|---|---|---|

Canon Financial Services, Inc.
14904 Collections Center Dr.
Chicago, IL 60693

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 8/6/2020

**Last 4 digits of account number** _

**Basis for the claim:** Equipment lease

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown |
|---|---|---|---|

CAR Associates
7500 Iron Bar Ln., Suite 219
Gainesville, VA 20155

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 3/1/18

**Last 4 digits of account number** _

**Basis for the claim:** Commerical lease obligation

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Fairfax OB-GYN Associates, Inc. | Case number (if known) | 21-11205-BFK |
|---|---|---|---|
| | Name | | |

---

**3.10** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $924.67

Cassandra Oliver Croswell
Accent
P.O. Box 952366
Saint Louis, MO 63195-2366

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Credit balance__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.11** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown

CH Realty VII/O NoVa Atlas LLC
c/o Peterson Management L.C.
12500 Fair Lakes Cir., #400
Fairfax, VA 22033

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _7/22/08 (2nd amendment on 8/1/18)_

**Basis for the claim:** __Commercial lease obligation__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.12** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $30.95

Colleen Danielson
7054 Kona Dr.
Gainesville, VA 20155

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Credit balance__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.13** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $1,402.42

Comcast
P.O. Box 37601
Philadelphia, PA 19101-0601

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Phone vendor__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.14** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $972.58

Cynthia Hurrle
Accent
P.O. Box 952366
Saint Louis, MO 63195-2366

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Credit balance__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.15** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $84.23

Dallas Johnson Hood
Healthkeepers
P.O. Box 933657
Atlanta, GA 31193-3657

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Credit balance__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.16** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown

GE Medical Systems Ultrasound
& Primary Care Diagnostics LLC
75 Remittance Dr., Suite 1080
Chicago, IL 60675-1080

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _4/20/18_

**Basis for the claim:** __Equipment lease__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Fairfax OB-GYN Associates, Inc. | | Case number (if known) | 21-11205-BFK |
|---|---|---|---|---|
| | Name | | | |

---

**3.17** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $57.79

Haley Streightiff
Healthkeepers
P.O. Box 933657
Atlanta, GA 31193-3657

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Credit balance

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.18** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | Unknown

HandCraft Linen
2828 Cofer Rd.
Richmond, VA 23224

☐ Contingent
☐ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Vendor

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.19** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $50.00

Hannah Huffman
12356 Valley View Dr.
Nokesville, VA 20181

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Credit balance

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.20** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $123.83

Heather Kelly
3501 Joy Ct.
Warrenton, VA 20187

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Credit balance

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.21** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | Unknown

Hillary Spring
12134 Stirrup Rd.
Reston, VA 20191

☐ Contingent
☐ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Potential malpractice claim

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.22** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $349.23

Iron Mountain
P.O. Box 27128
New York, NY 10087-7218

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** May-June 2021

**Basis for the claim:** Shredding services

**Last 4 digits of account number** M29P

Is the claim subject to offset? ■ No ☐ Yes

---

**3.23** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $2,988.19

Jamie Keys
APWU Health Plan
P.O. Box 1358
Glen Burnie, MD 21060

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Credit balance

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com | Best Case Bankruptcy

| Debtor | Fairfax OB-GYN Associates, Inc. | Case number (if known) | 21-11205-BFK |
|---|---|---|---|
| | Name | | |

---

**3.24** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$134.97**

Jamie Logwood
9905 Evans Rd.
Manassas, VA 20111

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Credit balance

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.25** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$53.34**

Kassandra Barthy
Healthkeepers
P.O. Box 933657
Atlanta, GA 31193-3657

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Credit balance

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.26** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,041.50**

Krystalynn Paz
Healthkeepers Billing/Refunds
P.O. Box 27100
Belfast, ME 04915

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Credit balance

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.27** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown**

Leonard A. Rosen, M.D.
840 Woodland Hills Ln.
Fairfax Station, VA 22039

☐ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** 3/1/18

**Basis for the claim:** Breach of Physician Employment Agreement

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.28** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$927.15**

Marianne Johnson
Accent
P.O. Box 952366
Saint Louis, MO 63195-2366

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Credit balance

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.29** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$581.00**

Mia Donnan
Stephen Duffey
13228 Dunnegan Head Pl.
Bristow, VA 20136

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Credit balance

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.30** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$466.90**

Mundi G.
Address unknown

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Credit balance

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Fairfax OB-GYN Associates, Inc. | Case number (if known) | 21-11205-BFK |
|---|---|---|---|
| | Name | | |

---

**3.31**

**Nonpriority creditor's name and mailing address**
Nadia Khanom
8936 Yellowleg Ct.
Gainesville, VA 20155

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit balance

Is the claim subject to offset? ■ No ☐ Yes

$597.63

---

**3.32**

**Nonpriority creditor's name and mailing address**
NextGen Healthcare, Inc.
3525 Piedmont Rd., NE
Building 6, Suite 700
Atlanta, GA 30305

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** License fees

Is the claim subject to offset? ■ No ☐ Yes

$883.84

---

**3.33**

**Nonpriority creditor's name and mailing address**
Nicole Harrison
Address unknown

**Date(s) debt was incurred** _

**Last 4 digits of account number** 5359

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit balance

Is the claim subject to offset? ■ No ☐ Yes

$366.86

---

**3.34**

**Nonpriority creditor's name and mailing address**
Nicolle Duffy
8095 Lacy Dr., Apt. #303
Manassas, VA 20109

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit balance

Is the claim subject to offset? ■ No ☐ Yes

$298.81

---

**3.35**

**Nonpriority creditor's name and mailing address**
Niruthya Venkatesan
4601 Whittemore Pl.
Fairfax, VA 22030

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:** Potential malpractice claim

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.36**

**Nonpriority creditor's name and mailing address**
Noah Guerra
Healthkeepers
P.O. Box 933657
Atlanta, GA 31193-3657

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit balance

Is the claim subject to offset? ■ No ☐ Yes

$84.23

---

**3.37**

**Nonpriority creditor's name and mailing address**
OBHG
P.O. Box 16717
Greenville, SC 29606

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:** Services

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

| Debtor | Fairfax OB-GYN Associates, Inc. | Case number (if known) | 21-11205-BFK |
|---|---|---|---|
| | Name | | |

---

**3.38**

**Nonpriority creditor's name and mailing address**

Pure Health
P.O. Bopx 742647
Cincinnati, OH 45274

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Equipment rental

Is the claim subject to offset? ■ No  ☐ Yes

Unknown

---

**3.39**

**Nonpriority creditor's name and mailing address**

Regina Adams
2128 Golf Course Dr.
Reston, VA 20191

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Credit balance

Is the claim subject to offset? ■ No  ☐ Yes

$1,300.00

---

**3.40**

**Nonpriority creditor's name and mailing address**

Secure Waste
P.O. Box 457
Damascus, MD 20872

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Vendor

Is the claim subject to offset? ■ No  ☐ Yes

Unknown

---

**3.41**

**Nonpriority creditor's name and mailing address**

SP Fairfax 3650, LLC
c/o Seavest Healthcare Prop
707 Westchester Ave., #401
White Plains, NY 10604

**Date(s) debt was incurred**  2/28/18

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Commerical lease obligation

Is the claim subject to offset? ■ No  ☐ Yes

Unknown

---

**3.42**

**Nonpriority creditor's name and mailing address**

StoneSprings Medical Office
Building Property, LLC
24440 Stone Springs Blvd.
Haymarket, VA 20168

**Date(s) debt was incurred**  8/24/17

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Commercial lease obligation

Is the claim subject to offset? ■ No  ☐ Yes

Unknown

---

**3.43**

**Nonpriority creditor's name and mailing address**

Tiffany Demas
9466 Merrimont Trace Cir.
Bristow, VA 20136

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Credit balance

Is the claim subject to offset? ■ No  ☐ Yes

$105.00

---

**3.44**

**Nonpriority creditor's name and mailing address**

Vivian Soliman
8491 Stonewall Rd.
Manassas, VA 20110

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Credit balance

Is the claim subject to offset? ■ No  ☐ Yes

$5.14

---

| Debtor | Fairfax OB-GYN Associates, Inc. | | Case number (if known) | 21-11205-BFK |
|--------|------|--|------|------|
| | Name | | | |

| | | | |
|---|---|---|---|
| 3.45 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown |
| | WorldSmart/Pan Terra | ☐ Contingent | |
| | 4655 Old Ironsides Dr. | ☐ Unliquidated | |
| | Suite 300 | ■ Disputed | |
| | Santa Clara, CA 95054 | | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** Phone vendor | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**Part 3:**    **List Others to Be Notified About Unsecured Claims**

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | CBRE, Inc.<br>Attn:  Real Estate Manager<br>7650 E. Parham Rd., Suite 225<br>Richmond, VA 23294 | Line  3.42<br><br>☐ Not listed. Explain ____ | _ |
| 4.2 | CH Realty VII/O NoVA Atlas LLC<br>Attn:  Asset Manager<br>3819 Maple Ave.<br>Dallas, TX 75219 | Line  3.11<br><br>☐ Not listed. Explain ____ | _ |
| 4.3 | GE Healthcare<br>Attn: General Counsel<br>9900 W. Innovation Dr.<br>Wauwatosa, WI 53226 | Line  3.16<br><br>☐ Not listed. Explain ____ | _ |
| 4.4 | HCA Inc.<br>Attn:  VP, Real Estate<br>One Park Plaza<br>Nashville, TN 37203 | Line  3.42<br><br>☐ Not listed. Explain ____ | _ |
| 4.5 | Jennifer A. Brust, Esq.<br>Bean, Kinney & Korman, P.C.<br>2311 Wilson Blvd., 5th Fl.<br>Arlington, VA 22201 | Line  3.27<br><br>☐ Not listed. Explain ____ | _ |
| 4.6 | Kleinberg, Kaplan, et al.<br>Attn: Andrew M. Chonoles, Esq.<br>551 Fifth Ave.<br>New York, NY 10176 | Line  3.41<br><br>☐ Not listed. Explain ____ | _ |
| 4.7 | Leonard A. Rosen, M.D.<br>840 Woodland Hills Ln.<br>Fairfax Station, VA 22039 | Line  3.9<br><br>☐ Not listed. Explain ____ | _ |

---

**Part 4:**    **Total Amounts of the Priority and Nonpriority Unsecured Claims**

5. Add the amounts of priority and nonpriority unsecured claims.

| | | | Total of claim amounts |
|---|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ | 125,970.00 |
| **5b. Total claims from Part 2** | 5b. + | $ | 1,211,926.96 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ | 1,337,896.96 |

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    Fairfax OB-GYN Associates, Inc.

United States Bankruptcy Court for the:    EASTERN DISTRICT OF VIRGINIA

Case number (if known)    21-11205-BFK

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.   **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
    ☒ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal     Property*
    (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| 2.1.  State what the contract or lease is for and the nature of the debtor's interest<br><br>        State the term remaining<br><br>    List the contract number of any government contract | Debtor is party to an equipment lease with this entity, at the rate of $662.17/mo.<br>Thru 8/5/23<br><br><br><br>Canon Financial Services, Inc.<br>14904 Collections Center Dr.<br>Chicago, IL 60693 |
| 2.2.  State what the contract or lease is for and the nature of the debtor's interest<br><br>        State the term remaining<br><br>    List the contract number of any government contract | Debtor is a tenant under a commercial lease with this party that expires on 3/1/26, at the rental rate of $5,320/mo.<br>Thru 3/1/26<br><br>CAR Associates<br>7500 Iron Bar Ln., Suite 219<br>Gainesville, VA 20155 |
| 2.3.  State what the contract or lease is for and the nature of the debtor's interest<br><br>        State the term remaining<br><br>    List the contract number of any government contract | Debtor is a tenant under a commercial lease with this party that expires on 5/31/29, at the current rental rate of $10,780.15/mo.<br>Thru 5/31/29<br><br>CH Realty VII/O NoVa Atlas LLC<br>c/o Peterson Management L.C.<br>12500 Fair Lakes Cir., #400<br>Fairfax, VA 22033 |
| 2.4.  State what the contract or lease is for and the nature of the debtor's interest<br><br>        State the term remaining<br><br>    List the contract number of any government contract | Debtor is party to an employment agreement with this doctor<br><br><br><br>Dr. Robert Castle, M.D.<br>14501 Swordale Ln.<br>Bristow, VA 20136 |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                                        Best Case Bankruptcy

| Debtor 1 | Fairfax OB-GYN Associates, Inc. | | | Case number *(if known)* | 21-11205-BFK |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | Debtor is party to an equipment lease with this entity, at the rate of $4,071.93/mo. Thru April 2023 | GE Medical Systems Ultrasound & Primary Care Diagnostics LLC 75 Remittance Dr., Suite 1080 Chicago, IL 60675-1080 |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | Debtor is party to an equipment rental agreement with this entity, at the rate of $316.38/mo. Thru February 2025 | Pure Health P.O. Bopx 742647 Cincinnati, OH 45274 |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.7. | State what the contract or lease is for and the nature of the debtor's interest | Debtor is a tenant under a commercial lease with this party that expires on 4/30/29, at the rental rate of $10,545.56/mo. Thru 4/30/29 | SP Fairfax 3650, LLC c/o Seavest Healthcare Prop 707 Westchester Ave., #401 White Plains, NY 10604 |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.8. | State what the contract or lease is for and the nature of the debtor's interest | Debtor is a tenant under a commercial lease with this party that expires on 1/1/28 at the current rental rate of $11,852.58/mo. Thru 1/1/28 | StoneSprings Medical Office Building Property, LLC 24440 Stone Springs Blvd. Haymarket, VA 20168 |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.9. | State what the contract or lease is for and the nature of the debtor's interest | Debtor is party to a service agreement with this entity, at the annual rate of $5,000 Thru 2/28/22 | Trice Imaging 1343 Stratford Ct. Del Mar, CA 92014 |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | |

**Fill in this information to identify the case:**

Debtor name    Fairfax OB-GYN Associates, Inc.

United States Bankruptcy Court for the:   EASTERN DISTRICT OF VIRGINIA

Case number (if known)   21-11205-BFK

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors                                                 12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1   Advantia Health | 1001 19th St., Suite 1001<br>Arlington, VA 22209 | GE Medical Systems<br>Ultrasound | ☐ D _____<br>■ E/F ___3.16___<br>☐ G _____ |

| Fill in this information to identify the case: |
| --- |

Debtor name   Fairfax OB-GYN Associates, Inc.

United States Bankruptcy Court for the:   EASTERN DISTRICT OF VIRGINIA

Case number (if known)   21-11205-BFK

☐ Check if this is an amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy                04/19

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

**Part 1:    Income**

1. **Gross revenue from business**

   ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue Check all that apply | Gross revenue (before deductions and exclusions) |
| --- | --- | --- |
| From the beginning of the fiscal year to filing date: From  1/01/2021 to Filing Date | ■ Operating a business ☐ Other _____ | $1,477,162.00 |
| For prior year: From  1/01/2020 to 12/31/2020 | ■ Operating a business ☐ Other _____ | $4,748,688.00 |
| For year before that: From  1/01/2019 to 12/31/2019 | ■ Operating a business ☐ Other _____ | $6,469,391.00 |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

| | Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
| --- | --- | --- |

**Part 2:    List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer Check all that apply |
| --- | --- | --- | --- |

Debtor   Fairfax OB-GYN Associates, Inc.

Case number *(if known)*  21-11205-BFK

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.1.  Ayatallah Khafagy, M.D. 13648 Endeavour Dr. Herndon, VA 20171 | 5/28/21 | $27,500.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other_Severance payment_ |
| 3.2.  Dr. Robert Castle, M.D. 14501 Swordale Ln. Bristow, VA 20136 | 6/11/21 | $40,000.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other_Severance payment_ |
| 3.3.  Melodi Wilson 22207 Falling Ter. Ashburn, VA 20148 | 5/28/21 | $13,472.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other_Severance payment_ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ■ None.

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

   ■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

| Part 3: | Legal Actions or Assignments |
|---|---|

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

   ☐ None.

| Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|

Debtor    Fairfax OB-GYN Associates, Inc.

Case number *(if known)*    21-11205-BFK

| Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1. Leonard A. Rosen, M.D. v. Fairfax OB-GYN Associates, Inc. et al. Case No. 2020-06746 | Civil action | Fairfax County Circuit Court 4110 Chain Bridge Rd. Fairfax, VA 22030 | ■ Pending ☐ On appeal ☐ Concluded |

**8. Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

| Part 4: | Certain Gifts and Charitable Contributions |
|---|---|

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

| Part 5: | Certain Losses |
|---|---|

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received. List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

| Part 6: | Certain Payments or Transfers |
|---|---|

11. **Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|
| 11.1. Tyler, Bartl & Ramsdell, P.L.C. 300 N. Washington St., Suite 310 Alexandria, VA 22314 | $10,000, plus $363 in applicable filing fees and bank fees | 6/7/21 | $10,363.00 |
| **Email or website address** | | | |
| **Who made the payment, if not debtor?** | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

| Debtor | Fairfax OB-GYN Associates, Inc. | | Case number *(if known)* | 21-11205-BFK |
|---|---|---|---|---|

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

| **Part 7:** | **Previous Locations** |
|---|---|

**14. Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

| **Part 8:** | **Health Care Bankruptcies** |
|---|---|

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

☐ No. Go to Part 9.

■ Yes. Fill in the information below.

| | Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|---|
| 15.1. | Fairfax OB-GYN Associates 3650 Joseph Siewick Dr., Suite 203 Fairfax, VA 22033 | Womens' healthcare | |
| | | **Location where patient records are maintained** (if different from facility address). If electronic, identify any service provider. In office and in Greenway electronic health records | **How are records kept?** *Check all that apply:* ■ Electronically ■ Paper |
| 15.2. | Fairfax OB-GYN Association 7500 Iron Bar Ln., Suite 219 Gainesville, VA 20155 | Womens' healthcare | |
| | | **Location where patient records are maintained** (if different from facility address). If electronic, identify any service provider. In office and in Greenway electronic health records | **How are records kept?** *Check all that apply:* ■ Electronically ■ Paper |
| 15.3. | Fairfax OB-GYN Association 2028 Opitz Blvd., Suite A Woodbridge, VA 22191 | Womens' healthcare | |
| | | **Location where patient records are maintained** (if different from facility address). If electronic, identify any service provider. In office and attic, and in Greenway electronic health records | **How are records kept?** *Check all that apply:* |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                                Best Case Bankruptcy

Debtor    Fairfax OB-GYN Associates, Inc.                                      Case number (if known)  21-11205-BFK

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| | | ■ Electronically<br>■ Paper |
| 15.4.  Fairfax OB-GYN Association<br>24430 Stone Springs Blvd.,<br>Suite 215<br>Sterling, VA 20166 | Womens' healthcare | |
| | **Location where patient records are maintained** (if different from facility address). If electronic, identify any service provider.<br>In office and in Greenway electronic health records | **How are records kept?**<br>*Check all that apply:*<br>■ Electronically<br>■ Paper |

---

**Part 9:    Personally Identifiable Information**

16. **Does the debtor collect and retain personally identifiable information of customers?**

☐  No.

■  Yes. State the nature of the information collected and retained.

Patient health care records which include name, date of birth, and health information

Does the debtor have a privacy policy about that information?

☐ No

■ Yes

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■  No. Go to Part 10.

☐  Yes. Does the debtor serve as plan administrator?

---

**Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

| Debtor | Fairfax OB-GYN Associates, Inc. | Case number *(if known)* 21-11205-BFK |
|---|---|---|

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

### Part 11:  Property the Debtor Holds or Controls That the Debtor Does Not Own

**21. Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

### Part 12:  Details About Environment Information

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

### Part 13:  Details About the Debtor's Business or Connections to Any Business

**25. Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. |
|---|---|---|
| | | **Dates business existed** |

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

| Debtor | Fairfax OB-GYN Associates, Inc. | Case number *(if known)* 21-11205-BFK |
|---|---|---|

**26. Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26a.1.    Advantia Health finance team<br>1001 19th St., Suite 1001<br>Arlington, VA 22209 | 2018-present |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☑ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.    Jackie Rosemond<br>1001 19th St., Suite 1001<br>Arlington, VA 22209 | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☑ None

| Name and address |
|---|

**27. Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

**28.** List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Advantia Holdings of Maryland LLC | 1001 19th St., Suite 1001<br>Arlington, VA 22209 | Sole shareholder | 100 |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Vincent Bradley | 1001 19th St., Suite 1001<br>Arlington, VA 22209 | President and Director | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Brandie Kalinowski | 1001 19th St., Suite 1001<br>Arlington, VA 22209 | Secretary | |

**29.** Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

Debtor    Fairfax OB-GYN Associates, Inc.                                    Case number *(if known)*  21-11205-BFK

☐ No
■ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| Kathy Kaluhiokalani | 1001 19th St., Suite 1001 Arlington, VA 22209 | Director | January 2021-3/23/21 |

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| Ben Lundin | 1001 19th St., Suite 1001 Arlington, VA 22209 | President | August 2020-January 2021 |

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| Nathan Barbour | 1001 19th St., Suite 1001 Arlington, VA 22209 | Secretary | April 2020-3/23/21 |

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| Lisa Shah, MD | 1001 19th St., Suite 1001 Arlington, VA 22209 | President and Director | 7/25/19-August 2020 |

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

■ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the parent corporation |
|---|---|

| Debtor | Fairfax OB-GYN Associates, Inc. | Case number *(if known)* | 21-11205-BFK |
|---|---|---|---|

---

**Part 14:**  Signature and Declaration

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    July 14, 2021

/s/ Vincent Bradley                                                     Vincent Bradley
Signature of individual signing on behalf of the debtor          Printed name

Position or relationship to debtor    President

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**

■ No
☐ Yes

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                                     Best Case Bankruptcy